IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* <br><br> TRI-VALLEY CORPORATION, <br><br> Debtor. | Chapter 7 <br><br> Case No. 12-12291 (MFW) <br><br> Jointly Administered |
| CHARLES A. STANZIALE, JR., in his capacity as the chapter 7 trustee of Tri-Valley Corporation, <br><br> Plaintiff, <br><br> v. <br><br> SOUTHERN CALIFORNIA EDISON, <br><br> Defendant. | Adv. Proc. No. 14-50632 (MFW) |

**STIPULATION BY AND BETWEEN PLAINTIFF AND DEFENDANT
EXTENDING DEFENDANT'S TIME TO FILE ANSWER
OR RESPONSIVE PLEADING**

The above-captioned plaintiff (the "Plaintiff") and defendant (the "Defendant") hereby agree to extend Defendant's time to file an answer or responsive pleading in the above-captioned adversary proceeding (the "Adversary Proceeding"), and in support hereof state as follows:

1. The Plaintiff initiated the Adversary Proceeding against the Defendant by filing a complaint [Adv. Pro. Docket No. 1] (the "Complaint") with this Court on August 6, 2014.

2. In order to allow the parties additional time to explore the possibility of an amicable settlement of the Adversary Proceeding, the Plaintiff and the Defendant agree, pursuant to Local Rule 7012-2, to extend Defendant's time to file an answer or

1

responsive pleading through and including October 5, 2014. In connection with the extension, by its signature below, Defendant acknowledges that service of original process in the above-captioned adversary proceeding upon it was proper and agrees to waive any and all defenses related to the adequacy or sufficiency of original process and/or the service of original process (the complaint/summons), including any defenses that could be asserted pursuant to Federal Rule of Civil Procedure 12(b)(4, 5) (which incorporates Federal Rule of Bankruptcy Procedure 7012(b)).

3. The parties' entry into this Stipulation shall be without prejudice to the ability of the parties to seek a further extension or modification of the Defendant's time to answer or otherwise respond to the Complaint.

Dated: September 3, 2014   CIARDI CIARDI & ASTIN
Wilmington, DE

　　　　　　　　　　　　　　　　　　/s/ Joseph J. McMahon, Jr.
　　　　　　　　　　　　　　　　　　Daniel K. Astin (No. 4068)
　　　　　　　　　　　　　　　　　　John D. McLaughlin, Jr. (No. 4123)
　　　　　　　　　　　　　　　　　　Joseph J. McMahon, Jr. (No. 4819)
　　　　　　　　　　　　　　　　　　1204 N. King Street
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　(302) 658-1100
　　　　　　　　　　　　　　　　　　(302) 658-1300 (Fax)
　　　　　　　　　　　　　　　　　　jmcmahon@ciardilaw.com

　　　　　　　　　　　　　　　　　　*Proposed Counsel for Plaintiff*

Dated: September 2, 2014  SOUTHERN CALIFORNIA EDISON

              _____
              Margarita Gevondyan
              P.O. Box 800
              2244 Walnut Grove Ave.
              Rosemead, CA 91770
              (626) 302-6931
              (626) 302-6997 (Fax)
              Margarita.Gevondyan@sce.com

              *In-House Counsel for Defendant Southern California Edison*