IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* <br><br>TRI-VALLEY CORPORATION, <br><br>Debtor. | Chapter 7 <br><br> Case No. 12-12291 (MFW) <br><br> Jointly Administered |
| CHARLES A. STANZIALE, JR., in his capacity as the chapter 7 trustee of Tri-Valley Corporation, <br><br> Plaintiff, <br><br> v. <br><br> Deloitte & Touche, LLP, <br> FTI Consulting, Inc., <br> NFP Property & Casualty Service, Inc., <br> Oil Well Service Company, <br> Southern California Edison, <br> Southern California Gas Company, <br> Weatherford, Inc. <br><br> Defendants. | <br><br><br><br><br><br><br><br> Adv. Proc. No. 14-50626 (MFW) <br> Adv. Proc. No. 14-50628 (MFW) <br> Adv. Proc. No. 14-50629 (MFW) <br> Adv. Proc. No. 14-50630 (MFW) <br> Adv. Proc. No. 14-50632 (MFW) <br> Adv. Proc. No. 14-50633 (MFW) <br> Adv. Proc. No. 14-50634 (MFW) |

## **STATUS REPORT**

Charles A. Stanziale, Jr., the Chapter 7 Trustee (the "Trustee" or "Plaintiff") in his capacity of Tri-Valley Corporation, hereby files this status report in accordance with the Court's procedures. The information contained in this Report is intended to reflect available information as of June 4, 2015.

**Status A** – None.

**Status B** – None.

**Status C** – None.

**Status D**

A motion for approval of a settlement (or an authorized notice of settlement) under Federal Rule of Bankruptcy Procedure 9019 will be filed with the Court in the cases listed under this status.

> *Deloitte & Touche, LLP, 14-50626*

**Status E** - None

**Status F** –

The matters listed have service complete and answer has been filed.

> *Oil Well Service Company, 14-50630, Southern California Edison, 14-50632, Southerm California Gas Company, 14-50633, Weatherford, Inc., 14-50634*

**Status G**

The parties are either (i) in the process of scheduling the matters identified for mediation or (ii) working to resolve the matters with the assistance of a mediator.

> *FTI Consulting, Inc., 14-50628, NFP Property & Casualty Service, Inc., 14-50629*

**Status H** – None.

**Status I** – None.

**Status J**- None

**Status K** – None.

Dated: June 4, 2015                                    CIARDI CIARDI & ASTIN

                                    ___/s/ Joseph J. McMahon, Jr.___
                                    Daniel K. Astin (No. 4068)
                                    John D. McLaughlin, Jr. (No. 4123)
                                    Joseph J. McMahon, Jr. (No. 4819)
                                    1204 N. King Street
                                    Wilmington, DE 19801
                                    Tel: (302) 384-9542
                                    Fax: (302) 658-1300
                                    jmcmahon@ciardilaw.com

                                    *Counsel to Charles A. Stanziale, Jr., the Chapter 7 Trustee*

2